# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with a Facebook User ID account<br>that is stored at premises controlled by Facebook, Inc.<br>and is more fully described in Attachment A | )<br>)<br>) Case No.  18-SW-00129-SWH (JTM)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  **Northern**  District of  **California**
*(identify the person or describe the property to be searched and give its location)*:
Information associated with a Facebook User ID account that is stored at the premises controlled by Facebook, Inc., headquartered at 1601 Willow Road, Menlo Park, CA 94025, more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B (Items to be seized), attached hereto and incorporated by reference, which is contraband, instrumentalities, and evidence concerning the commission of communicating threats in interstate or foreign commerce, in violation of Title 18, United States Code, Section 875(c).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  **April 9, 2018**
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Honorable John T. Maughmer                                                   .
                                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   03/28/2018 2:02 pm     _____
                                                                    *Judge's signature*

City and state:   Kansas City, Missouri          Hon. John T. Maughmer, U.S. Magistrate Judge
                                                                *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 18-SW-00129-SWH (JTM) | Date and time warrant executed: March 29th, 2018 @ 10:35 a.m. | Copy of warrant and inventory left with: Facebook, Inc |
| Inventory made in the presence of : Det. Douglas Roberts, KCPD | | |

Inventory of the property taken and name of any person(s) seized:

The captioned Search Warrant was served to Facebook on March 29th, at 10:35 am. Facebook, Inc. provided records pursuant to the Search Warrant on April 13th, 2018, at 11:26 am. Facebook, Inc. provided the following records for the time period of April 2nd, 2015, to March 28th, 2018:

Subscriber information, account information, activity logs, photographs, videos, wall postings, status updates, private messages, location information, IP logs, friends lists, privacy settings, and group memberships.

Facebook, Inc. provided the aforementioned information for the following two accounts:

"Tray Foe"; User ID 1000 24670539900
"Maylke Edmond"; User ID 100009448387550.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 13th, 2018

*Sgt. Scott Selock*
Executing officer's signature

Scott A. Selock, Sergeant, KCMO PD
Printed name and title